UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
APR 2 4 2014
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.  **4:14CR124 CEJ** |
| THOMAS SCAMAN, | ) |
| Defendant. | ) |

## INFORMATION

### COUNT ONE

The United States Attorney charges that:

On or about June 8, 2009, and July 30, 2009, in the Eastern District of Missouri, the defendant,

**THOMAS SCAMAN,**

not being a licensee under the provisions of Chapter 40 of Title 18 of the United States Code, knowingly cause to be transported and shipped explosive materials in violation of Title 18, United States Code, Sections 842(a)(3)(A) and 844(a).

### FORFEITURE ALLEGATION

The United States Attorney further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Sections 982(a)(2)(B), upon conviction of an offense in violation of Title 18, United States Code, Sections 842 or 844, the defendant shall forfeit any property constituting, or derived from, proceeds obtained directly or indirectly as a result of such violations.

2. Pursuant to Title 18, United States Code, Sections 844(c) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 842 or 844, the defendant shall forfeit to the United States of America any explosive materials involved or used or intended to be used in such violations.

3. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to said offense.

4. Specific property subject to forfeiture includes, but is not limited to, the following: (hereafter the "subject property")

Hunan Liuyang Global Fireworks Co., Ltd
Invoice Number: PF4009
Entry #: U10-30906212

| Number | Description | Quantity/Total Units |
|---|---|---|
| HF401 | 16 Shots - Royal Crown | 150 (ctns)/ 3000(ea) |
| HF402 | 19 Shots - Flashlight Blue | 150 (ctns)/ 3000(ea) |
| HF403 | 12 Shots - Under Siege | 150 (ctns)/ 2400(ea) |
| HF404 | 16 Shots - Good Gun | 150 (ctns)/ 1800(ea) |
| HF405 | 10 Shots - Ghost Festival | 101 (ctns)/ 1616(ea) |
| PF2147 | 25 Shots - Honor of Li Tian | 40 (ctns)/ 159(ea) |
| PF2151 | 25 Shots - Purple Green Peony | 40 (ctns)/ 159(ea) |
| PF2252 | 25 Shot Essence of Peony | 40 (ctns)/ 159(ea) |
| PF S068 | 19 Shots - Coconut Grove Song | 40 (ctns)/ 239(ea) |
| PF S032 | 12 Shots - Desert @ Night (Invoiced as 12 shots: Conqueror) | 40 (ctns)/ 480(ea) |
| PF S276 | 12 Shots - Autumn Drizzle | 40 (ctns)/ 480(ea) |

| Number | Description | Quantity/Total Units | |
|---|---|---|---|
| P125 | 30 Shots - Flower King | 40  (ctns)/ | 159(ea) |
| P124 | Safety Fuse – 3" Segments (Invoiced as 96 shots: China dragon) | 50  (ctns)/ | 2,5000,000(ea) |
| PFC401 | 16 Shot American Power | 40  (ctns)/ | 479(ea) |

Hunan Liuyang Global Fireworks Co., Ltd
Invoice Number: PF4010
Entry #: U10-30907871

| Number | Description | Quantity/Total Units | |
|---|---|---|---|
| PFC2105 | Safety Fuse – Spools (Box Stated- 205 shots:Big Sky) | 50  (ctns)/ | 100(ea) |
| PFC2107 | 25 Shots -Friday Night Special | 82  (ctns)/ | 328(ea) |
| HF405 | 10 Shots - Ghost Festival | 49  (ctns)/ | 784(ea) |
| HF406 | 20 Shots - Air Spectacular | 150 (ctns)/ | 600(ea) |
| HF407 | 25 Shots - Marvellous World | 150 (ctns)/ | 600(ea) |
| HF408 | 28 Shots - Contest | 150 (ctns)/ | 450(ea) |
| HF409 | 30 Shots - Car Contest | 150 (ctns)/ | 300(ea) |
| HF410 | 35 Shots - Sky Light | 150 (ctns)/ | 300(ea) |
| P124 | 96 Shots - China Dragon | 40  (ctns)/ | 80(ea) |

4.  If any of the property described above, as a result of any act or omission of the defendant(s):

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

  e.  has been commingled with other property which cannot be divided without difficulty, the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

                Respectfully submitted,

                RICHARD G. CALLAHAN
                United States Attorney

                */s/ Thomas Rea*

                THOMAS REA, #53245MO
                Assistant United States Attorney
                111 South 10th Street, Room 20.333
                St. Louis, Missouri  63102
                (314) 539-2200
                (314) 539-2200

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

    I, Thomas Rea, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

*[signature]*
THOMAS REA, #53245MO

Subscribed and sworn to before me this 11º day of April, 2014.

*[signature]*
CLERK, U.S. DISTRICT COURT

By: *[signature]*
DEPUTY CLERK